IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Belk, Mattiwilda A | Case Number: 07 B 17037 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 11/25/08 | Filed: 9/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 9, 2008
Confirmed: November 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,896.00 | |
| Secured: | | 200.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,527.13 |
| Trustee Fee: | | 168.87 |
| Other Funds: | | 0.00 |
| Totals: | 2,896.00 | 2,896.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,814.00 | 2,527.13 |
| 2. | Irwin Home Equity | Secured | 0.00 | 0.00 |
| 3. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 5. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 6. | Real Time Resolutions | Secured | 0.00 | 0.00 |
| 7. | Chicago Heights Water Dept | Secured | 272.00 | 200.00 |
| 8. | Rescap Mortgage | Secured | 613.22 | 0.00 |
| 9. | Internal Revenue Service | Priority | 2,619.99 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 29.56 | 0.00 |
| 11. | Wells Fargo Financial Illinois Inc | Unsecured | 30.77 | 0.00 |
| 12. | Real Time Resolutions | Unsecured | 1,582.67 | 0.00 |
| 13. | Capital One | Unsecured | 510.70 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 217.24 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 1,936.14 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 985.82 | 0.00 |
| 17. | Peoples Trust Credit U | Unsecured | | No Claim Filed |
| | | | $ 11,612.11 | $ 2,727.13 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 95.03 |
| 6.5% | 73.84 |
| | $ 168.87 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Belk, Mattiwilda A

Printed: 11/25/08

Case Number:  07 B 17037
Judge:  Wedoff, Eugene R
Filed:  9/18/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

